UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE CHENG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | No. 5:24-cv-04684 NC<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Honorable Judge Nathanael M. Cousins<br>United States Magistrate Judge |

UPON CONSIDERATION of Plaintiffs' failure to appear at scheduled hearings and to respond to Court orders, and the entire record herein, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: February 19, 2025

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

1